IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVONNE BROWN, | ) |
| | ) |
|    Plaintiff, | ) |
| | )   CIVIL ACTION |
| v. | ) |
| | )   FILE No. 1:22-cv-04073-LMM |
| CEDAR MOUNTAIN VILLAGE, LLC, | ) |
| | ) |
|    Defendant. | ) |

## **ORDER**

The Court, having read and reviewed the parties' Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit A, and for good cause shown, it is hereby **ORDERED** and **ADJUDGED** that the Joint Stipulation to Approve Consent Decree and Dismiss with Prejudice is **GRANTED**.

The Court is not in a position to know whether the factual representations are accurate and approves the Consent Decree solely as the parties' stated agreement. The Court shall retain jurisdiction to enforce the Consent Decree. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

**SO ORDERED**, this  2nd  day of    February    , 2023.

*[signature]*
Hon. Leigh Martin May
United States District Judge